RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRADLEY S. COUTEE | DOCKET NO: 1:05 CV 1110 |
| | SECTION P |
| VS. | JUDGE DRELL |
| WARDEN, NATCHITOCHES DETENTION CENTER | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this habeas corpus petition is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 27th day of September, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**